757 A.2d 366

**Robert TALKISH, Barbara Talkish, William Milton, and Mildred Milton,**

v.

**ZONING HEARING BOARD OF HARBORCREEK TOWNSHIP and Brookside Fire Company**

v.

**Township of Harborcreek.**

**Petition of Robert Talkish, Barbara Talkish, William Milton, and Mildred Milton.**

Supreme Court of Pennsylvania.

Aug. 28, 2000.

James R. Fryling, Erie, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 28th day of August, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether this Court's holding in *Hertzberg v. Zoning Board of Adjustment of the City of Pittsburgh*, 554 Pa. 249, 721 A.2d 43 (1998), which applied a relaxed evidentiary standard for dimensional variances, overrules the requirement that an applicant for a variance present substantial evidence of all five requirements set forth in the Municipal Planning Code, 53 P.S. § 10910.2(a)(1)–(5)?